IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


WILLIE MILLING,

        Appellant,

 v.

                                      Case No.  5D22-2635
                                      LT Case No. 2010-CF-840

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed March 17, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Willie Milling, East Palatka,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      This Court previously affirmed the trial court's order denying Appellant's

motion for postconviction relief in St. Johns County Circuit Court Case No.

2010-CF-840. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from St. Johns County Circuit Court Case No. 2010-CF-840 may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.